UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MAINE STATE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

COUNTRYWIDE FINANCIAL CORPORATION, et al.,

                Defendants.

No. 2:10-cv-00302-MRP(MANx)

CLASS ACTION

**SUPPLEMENTAL DECLARATION OF JOSE FRAGA REGARDING (A) MAILING OF THE NOTICE AND PROOF OF CLAIM FORM; AND (B) REPORT ON REQUESTS FOR EXCLUSION RECEIVED**

WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND, Individually and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

COUNTRYWIDE FINANCIAL CORPORATION, et al.,

                Defendants.

No. 2:12-cv-05122-MRP(MANx)

CLASS ACTION

DAVID H. LUTHER, et al., Individually and On Behalf of All Others Similarly Situated,

                Plaintiffs,

vs.

COUNTRYWIDE FINANCIAL CORPORATION, et al.,

                Defendants.

No. 2:12-cv-05125-MRP(MANx)

CLASS ACTION

1

1    JOSE C. FRAGA, being duly sworn, deposes and says:

2    1.    I am a Senior Director of Operations for The Garden City Group, Inc.

3    ("GCG") located at 1985 Marcus Avenue, Suite 200, Lake Success, New York

4    11042.    Pursuant to the Court's Order Granting Preliminary Approval to

5    Settlement and Directing Dissemination of Notice to the Class dated August 7,

6    2013 (the "Preliminary Approval Order"), GCG was retained to act as the Claims

7    Administrator in connection with the settlement of the above-captioned actions

8    (the "Settlement").    I submit this declaration as a supplement to my prior

9    declaration dated September 20, 2013, which was filed with the Court on

10    September 23, 2013.  I have personal knowledge of the facts stated herein.

11    2.    Pursuant to the notice program described in my prior declaration,

12    through October 17, 2013, GCG has mailed 52,883 copies of the Notice of

13    Pendency and Proposed Settlement of Class Actions, Fairness Hearing and

14    Motion for an Award of Attorneys' Fees and Litigation Expenses (the "Notice")

15    and the Proof of Claim and Release Form (the "Proof of Claim") to potential

16    members of the Class or their nominees.

17    3.    As set forth in my prior declaration, GCG maintains a website

18    ([www.countrywidembssettlement.com](www.countrywidembssettlement.com))  dedicated  to  the  Settlement.    On

19    September 24, 2013, GCG posted copies of the papers filed in support of the

20    motion for final approval of the Settlement and Plaintiffs' Counsel's fee and

21    expense application to the website.[1]

22

23    _____

24    [1]  GCG previously posted copies of the Notice and Proof of Claim, the Stipulation

25    and Agreement of Settlement, the Preliminary Approval Order as well as other
      relevant court documents for the *Maine State* and *Luther* actions.  In addition, the

26    website also provides a list of the 429 Offerings at issue in the Settlement along
      with a complete list of the Certificates and corresponding CUSIPs.

27

28

2

4.      As set forth in my prior declaration, the Notice informed potential members of the Class that written requests for exclusion from the Class were to be sent, postmarked no later than October 1, 2013, to: *Countrywide MBS Settlement*, c/o The Garden City Group, Inc., P.O. Box 9993, Dublin, OH 43017-5993.

5.      As previously reported, as of September 20, 2013, GCG had received 4 requests for exclusion.  As of the date of this declaration, GCG has received an additional 112 timely requests for exclusion.  As a result, GCG has received 116 timely requests for exclusion on behalf of 439 persons and entities, as set forth on Exhibit A hereto.

6.      As of the date of this declaration, GCG has received 1 late exclusion, as set forth on Exhibit B hereto.

Jose C. Fraga

3

EXHIBIT A

1. AGF
   C/O PERFORMANCE TRUST INVESTMENT
   ADVISORS, LLC
   CHICAGO, IL

2. AIG FEDERAL SAVINGS BANK
   C/O AIG INVESTMENTS AND FINANCIAL SERVICES
   NEW YORK, NY

3. AIG SECURITIES LENDING CORP.
   C/O AIG INVESTMENTS AND FINANCIAL SERVICES
   NEW YORK, NY

4. ALEXANDER AND KRISTIN LENOIR JTWROS
   C/O PERFORMANCE TRUST INVESTMENT
   ADVISORS, LLC
   CHICAGO, IL

5. ALLAN T POPELKA IRA
   C/O PERFORMANCE TRUST INVESTMENT
   ADVISORS, LLC
   CHICAGO, IL

6. ALLSTATE INSURANCE COMPANY
   C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
   NEW YORK, NY

7. ALLSTATE LIFE INSURANCE COMPANY
   C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
   NEW YORK, NY

8. ALLSTATE LIFE INSURANCE
   COMPANY OF NEW YORK
   C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
   NEW YORK, NY

9. ALYCE NOVOGRATZ
   C/O PERFORMANCE TRUST INVESTMENT
   ADVISORS, LLC
   CHICAGO, IL

10. AMERICAN EQUITY INVESTMENT LIFE
    INSURANCE COMPANY OF NEW YORK
    WEST DES MOINES, IA

11. AMERICAN EQUITY INVESTMENT LIFE
    INSURANCE COMPANY
    WEST DES MOINES, IA

12. AMERICAN FIDELITY ASSURANCE COMPANY
    OKLAHOMA CITY, OK

13. AMERICAN GENERAL LIFE INSURANCE COMPANY
    C/O AIG INVESTMENTS AND FINANCIAL SERVICES
    NEW YORK, NY

14. AMERICAN HERITAGE LIFE INSURANCE COMPANY
    C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
    NEW YORK, NY

15. AMERICAN HOME ASSURANCE COMPANY
    C/O AIG INVESTMENTS AND FINANCIAL SERVICES
    NEW YORK, NY

16. AMERICAN INTERNATIONAL GROUP, INC.
    C/O AIG INVESTMENTS AND FINANCIAL SERVICES
    NEW YORK, NY

17. AMERICAN INTERNATIONAL GROUP, INC.
    RETIREMENT PLAN
    C/O AIG INVESTMENTS AND FINANCIAL SERVICES
    NEW YORK, NY

18. AMICI ASSOCIATES L.P.
    C/O AMICI CAPITAL LLC
    NEW YORK, NY

19. AMICI OFFSHORE, LTD.
    C/O AMICI CAPITAL LLC
    NEW YORK, NY

20. AMICI QUALIFIED ASSOCIATES, L.P.
    C/O AMICI CAPITAL LLC
    NEW YORK, NY

Exhibit A
-4-

21. ANITA M. HORGAN ROLLOVER IRA
    C/O PERFORMANCE TRUST INVESTMENT
    ADVISORS, LLC
    CHICAGO, IL

22. ANTHONY VARBONCOEUR DDS INC DBUA JAN 01,
    C/O PERFORMANCE TRUST INVESTMENT
    ADVISORS, LLC
    CHICAGO, IL

23. ARNOLD BERLIN
    C/O PERFORMANCE TRUST INVESTMENT
    ADVISORS, LLC
    CHICAGO, IL

24. ARTHUR S. CUMMINS IRA
    C/O PERFORMANCE TRUST INVESTMENT
    ADVISORS, LLC
    CHICAGO, IL

25. ASF
    C/O PERFORMANCE TRUST INVESTMENT
    ADVISORS, LLC
    CHICAGO, IL

26. ASSURED GUARANTY CORP.
    NEW YORK, NY

27. ASSURED GUARANTY MUNICIPAL CORP.
    NEW YORK, NY

28. BAJA-MEX INSURANCE & CURRENCY SCVS PSP
    C/O PERFORMANCE TRUST INVESTMENT
    ADVISORS, LLC
    CHICAGO, IL

29. BAJA-MEX INSURANCE SERVICES INC DBPP FBO
    C/O PERFORMANCE TRUST INVESTMENT
    ADVISORS, LLC
    CHICAGO, IL

30. BAJA-MEX INSURANCE SERVICES INC RET TRUS
    C/O PERFORMANCE TRUST INVESTMENT
    ADVISORS, LLC
    CHICAGO, IL

31. BANK HAPOALIM B.M.
    C/O LABATON SUCHAROW LLP
    NEW YORK, NY

32. BANKWEST
    PIERRE, SD

33. BARBARA C. BARSKY IRA
    C/O PERFORMANCE TRUST INVESTMENT
    ADVISORS, LLC
    CHICAGO, IL

34. BARBARA CAMRAS REVOCABLE TRUST
    C/O PERFORMANCE TRUST INVESTMENT
    ADVISORS, LLC
    CHICAGO, IL

35. BAYERISCHE LANDESBANK, NEW YORK BRANCH
    C/O BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
    SAN DIEGO, CA

36. BAYVIEW MORTGAGE SECURITIES
    MASTER FUND, L.P.
    C/O LOWENSTEIN SANDLER LLP
    NEW YORK, NY

37. BAYVIEW OPPORTUNITY MASTER FUND IIA, L.P.
    C/O LOWENSTEIN SANDLER LLP
    NEW YORK, NY

38. BAYVIEW OPPORTUNITY MASTER FUND IIB, L.P.
    C/O LOWENSTEIN SANDLER LLP
    NEW YORK, NY

39. BAYVIEW OPPORTUNITY MASTER FUND L.P.
    C/O LOWENSTEIN SANDLER LLP
    NEW YORK, NY

40. BLACKHAWK BANK F/K/A BLACKHAWK STATE
    BANK
    BELOIT, WI

Exhibit A
-5-

41. BLUE HERON FUNDING II LTD
C/O SCOTT, DOUGLASS & MCCONNICO, L.L.P.
AUSTIN, TX

42. BLUE HERON FUNDING IX LTD
C/O SCOTT, DOUGLASS & MCCONNICO L.L.P.
AUSTIN, TX

43. BLUE HERON FUNDING V LTD
C/O SCOTT, DOUGLASS & MCCONNICO, L.L.P.
AUSTIN, TX

44. BLUE MOUNTAIN CREDIT ALTERNATIVES
MASTER FUND, L.P.
C/O BLUE MOUNTAIN CAPITAL MANAGEMENT, LLC
NEW YORK, NY

45. BLUEMOUNTAIN DISTRESSED MASTER FUND L.P.
C/O BLUE MOUNTAIN CAPITAL MANAGEMENT, LLC
NEW YORK, NY

46. BLUEMOUNTAIN LONG/SHORT CREDIT MASTER
FUND L.P.
C/O BLUE MOUNTAIN CAPITAL MANAGEMENT, LLC
NEW YORK, NY

47. BORTZ TRUST
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

48. BOURK FAMILY TRUST UA 1 11 93 TERRANCE O
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

49. BRAD MASON
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

50. BRAD MASON CHILDREN'S TRUST
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

51. BRADLEY MEDICAL CONSULTING INC BENEFIT P
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

52. BURKE & HERBERT BANK
ALEXANDRIA, VA

53. CALIBER GLOBAL INVESTMENT LIMITED
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

54. CAMBER 3, PLC
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

55. CAMBER 4, PLC
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

56. CAMBER 5, LTD
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

57. CAMBER 7, PLC
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

58. CAMBRIDGE PLACE INVESTMENT
MANAGEMENT INC.
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

59. CAPITAL BANK
ST. PAUL, MN

60. CAPITAL VENTURES INTERNATIONAL
C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
NEW YORK, NY

61. CARL DE BOOR IRA
    C/O PERFORMANCE TRUST INVESTMENT
    ADVISORS, LLC
    CHICAGO, IL

62. CARL HANZELIK
    JENKINTOWN, PA

63. CARRERA CAPITAL FINANCE LIMITED
    C/O LABATON SUCHAROW LLP
    NEW YORK, NY

64. CARRIE L. BERG TRUST DTD 10/14/05
    C/O PERFORMANCE TRUST INVESTMENT
    ADVISORS, LLC
    CHICAGO, IL

65. CATHERINE A. SHIFFLET ROTH IRA
    C/O PERFORMANCE TRUST INVESTMENT
    ADVISORS, LLC
    CHICAGO, IL

66. CEDAR HILL CAPITAL PARTNERS, LLC
    NEW YORK, NY

67. CEDAR HILL MORTGAGE OPPORTUNITY
    MASTER FUND, LP
    C/O CEDAR HILL CAPITAL PARTNERS, LLC
    NEW YORK, NY

68. CENTRAL ILLINOIS BANK
    WAUKESHA, WI

69. CENTRAL VALLEY COMMUNITY BANK
    FRESNO, CA

70. CGF
    C/O PERFORMANCE TRUST INVESTMENT
    ADVISORS, LLC
    CHICAGO, IL

71. CHARLES AND MARY ANNE OWEN JTWROS
    C/O PERFORMANCE TRUST INVESTMENT
    ADVISORS, LLC
    CHICAGO, IL

72. CHARLES HUSS IRA
    C/O PERFORMANCE TRUST INVESTMENT
    ADVISORS, LLC
    CHICAGO, IL

73. CHARLES L. ZANGAS IRA
    C/O PERFORMANCE TRUST INVESTMENT
    ADVISORS, LLC
    CHICAGO, IL

74. CHARLES MASON AND BECKY MASON
    C/O PERFORMANCE TRUST INVESTMENT
    ADVISORS, LLC
    CHICAGO, IL

75. CHARLES SCHWAB CORPORATION
    SAN FRANCISCO, CA

76. CHARLES WILLIAMS IRA
    C/O PERFORMANCE TRUST INVESTMENT
    ADVISORS, LLC
    CHICAGO, IL

77. CHARTIS PROPERTY CASUALTY COMPANY
    C/O AIG INVESTMENTS AND FINANCIAL SERVICES
    NEW YORK, NY

78. CHARTIS SPECIALTY INSURANCE CO.
    C/O AIG INVESTMENTS AND FINANCIAL SERVICES
    NEW YORK, NY

79. CHESAPEAKE BANK
    KILMARNOCK, VA

80. CHRISTOPHER FISCHER ROLLOVER IRA
    C/O PERFORMANCE TRUST INVESTMENT
    ADVISORS, LLC
    CHICAGO, IL

Exhibit A
-7-

81. CHUCK WADE
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

82. CIB BANK
C/O CENTRAL ILLINOIS BANK
WAUKESHA, WI

83. CIB MARINE BANCSHARES, INC.
F/K/A CITRUS BANK, NA
WAUKESHA, WI

84. CIBM BANK
C/O CENTRAL ILLINOIS BANK
WAUKESHA, WI

85. CITIZENS BANK & TRUST COMPANY
VAN BUREN, AR

86. CITY NATIONAL BANK & TRUST COMPANY
LAWTON, OK

87. CLAUDIA PETERSON IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

88. CLIFFORD W. COLWELL IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

89. CNL/INSURANCE AMERICA, INC.
C/O LARSON KING, LLP
ST. PAUL, MN

90. COLLEEN K. HOBLIT SEP IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

91. COLUMBUS LIFE INSURANCE COMPANY
C/O WOLLMUTH MAHER & DEUTSCH LLP
NEW YORK, NY

92. COMMERCE AND INDUSTRY INSURANCE COMPANY
C/O AIG INVESTMENTS AND FINANCIAL SERVICES
NEW YORK, NY

93. COMMERCE BANK, KANSAS CITY, MISSOURI
C/O THE COMMERCE TRUST COMPANY
ST. LOUIS, MO

94. COMMERCE STREET INVESTMENTS, LLC
C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
NEW YORK, NY

95. CONSTITUTION CORPORATE FEDERAL
CREDIT UNION
C/O KOREIN TILLERY
ST. LOUIS, MO

96. CPIM STRUCTURED CREDIT FUND 1000 LP
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

97. CPIM STRUCTURED CREDIT FUND 1500 LP
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

98. CPIM STRUCTURED CREDIT FUND 20 LP
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

99. CPIM STRUCTURED CREDIT FUND 500 LP
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

100. CROCE FAMILY TRUST
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

101. CUMIS INSURANCE SOCIETY
C/O CUNA MUTUAL GROUP
MADISON, WI

102. CUMMINS FAMILY TRUST UA DE
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

103. CUNA MUTUAL INSURANCE SOCIETY
C/O CUNA MUTUAL GROUP
MADISON, WI

104. CUNA MUTUAL INVESTMENT CORPORATION
C/O CUNA MUTUAL GROUP
MADISON, WI

105. CUNA MUTUAL LIFE INSURANCE COMPANY
C/O CUNA MUTUAL GROUP
MADISON, WI

106. D COMPANY INC PSP
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

107. DALE G. STORTZ
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

108. DALE R. BONGA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

109. DARRELL DIXON IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

110. DAVID & YVONNE GOFF MD A MED C
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

111. DAVID C CAMPBELL IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

112. DAVID E. HIRR IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

113. DAVID K. EDWARDS III ROLLOVER I
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

114. DAVID M. RUTTER TR FBO RUTTER FAMILY TRU
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

115. DAVID O. WOLF
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

116. DAVID S. TEACHOUT IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

117. DAVID W. STEPHENS IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

118. DEB PARMET
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

119. DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK
C/O LABATON SUCHAROW LLP
NEW YORK, NY

120. DEXIA CREDIT LOCAL, NEW YORK BRANCH
C/O BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
NEW YORK, NY

Exhibit A
-9-

121. DEXIA CREDIT LOCAL, SA
C/O BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
NEW YORK, NY

122. DEXIA HOLDINGS, INC.
C/O BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
NEW YORK, NY

123. DEXIA SA/NV
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAND DIEGO, CA

124. DIANA L. AUGUSTINE IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

125. DIANE R. GOON ROLLOVER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

126. DICK SPERRY IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

127. DON M AND MARY ANN LYLE FOUNDATION
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

128. DONALD D PENSION PLAN
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

129. EDWARD D. COHEN IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

130. EDWARD KOMITO
ALLENTOWN, PA

131. EDWARDS FAMILY TRUST UA JUNE 12 1990
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

132. ELAINE M. SANTI IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

133. ELECOM SUPPLY COMPANY INC DBPP UA FEB 1,
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

134. EMILY DEAR TRUST
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

135. EMPRISE BANK
WICHITA, KS

136. ERNAU FAMILY REV TST UA OC
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

137. ERNEST A MARTINEZ IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

138. EUGENE A. FROST
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

139. EUGENE J. FRASER LIVING TRUST
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

140. FAITH STAGG IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

Exhibit A
-10-

141. FARMERS AND MECHANICS FEDERAL
     BLOOMFIELD, IN

142. FDIC AS RECEIVER FOR COLONIAL BANK
     C/O GRAIS & ELLSWORTH LLP
     NEW YORK, NY

143. FDIC AS RECEIVER FOR FRANKLIN BANK, SSB
     C/O GRAIS & ELLSWORTH LLP
     NEW YORK, NY

144. FDIC AS RECEIVER FOR GUARANTY BANK
     C/O GRAIS & ELLSWORTH LLP
     NEW YORK, NY

145. FDIC AS RECEIVER FOR SECURITY SAVINGS
     BANK
     C/O GRAIS & ELLSWORTH LLP
     NEW YORK, NY

146. FDIC AS RECEIVER FOR STRATEGIC CAPITAL
     BANK
     C/O GRAIS & ELLSWORTH LLP
     NEW YORK, NY

147. FDIC AS RECEIVER FOR UNITED WESTERN BANK
     C/O GRAIS & ELLSWORTH LLP
     NEW YORK, NY

148. FEDERAL HOME LOAN BANK OF ATLANTA
     C/O BONDURANT, MIXSON & ELMORE, LLP
     ATLANTA, GA

149. FEDERAL HOME LOAN BANK OF BOSTON
     C/O KELLER ROHRBACK L.L.P.
     SEATTLE, WA

150. FEDERAL HOME LOAN BANK OF CHICAGO
     C/O KELLER ROHRBACK L.L.P.
     SEATTLE, WA

151. FEDERAL HOME LOAN BANK OF INDIANAPOLIS
     C/O KELLER ROHRBACK L.L.P.
     SEATTLE, WA

152. FEDERAL HOME LOAN BANK OF PITTSBURGH
     PITTSBURGH, PA

153. FEDERAL HOME LOAN BANK OF SAN FRANCISCO
     SAN FRANCISCO, CA

154. FEDERAL HOME LOAN BANK OF SEATTLE
     C/O GRAIS & ELLSWORTH LLP
     NEW YORK, NY

155. FEDERAL HOME LOAN MORTGAGE CORPORATION
     C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
     NEW YORK, NY

156. FEDERAL HOUSING FINANCE AGENCY
     C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
     NEW YORK, NY

157. FEDERAL NATIONAL MORTGAGE ASSOCIATION
     C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
     NEW YORK, NY

158. FEDERATED FUND FOR U.S. GOVERNMENT SECURITIES
     C/O FEDERATED INVESTORS, INC.
     PITTSBURGH, PA

159. FEDERATED GOV'T INCOME SECURITIES, INC.
     C/O FEDERATED INVESTORS, INC.
     PITTSBURGH, PA

160. FEDERATED INVESTORS, INC.
     C/O FEDERATED INVESTORS, INC.
     PITTSBURGH, PA

Exhibit A
-11-

161. FEDERATED MORTGAGE CORE PORTFOLIO
C/O FEDERATED INVESTORS, INC.
PITTSBURGH, PA

162. FEDERATED ULTRASHORT BOND FUND
C/O FEDERATED INVESTORS, INC.
PITTSBURGH, PA

163. FIRST BANK
C/O PEOPLES INDEPENDENT BANCSHARES
BOAZ, AL

164. FIRST FARMERS STATE BANK
MINIER, IL

165. FIRST FINANCIAL OF MARYLAND FEDERAL
CREDIT UNION
LUTHERVILLE, MD

166. FIRST INTERNET BANK OF INDIANA
INDIANAPOLIS, IN

167. FIRST NATIONAL BANKING COMPANY
ASH FLAT, AR

168. FIRST SECURITY BANK - HENDRICKS
HENDRICKS, MN

169. FIRST SECURITY BANK CANBY
CANBY, MN

170. FIRST SECURITY BANK SLEEPY EYE
SLEEPY EYE, MN

171. FIRST SECURITY BANK-WEST
BEULAH, ND

172. FIRST STATE BANK OF PURDY
MONETT, MO

173. FLAIM REVOCABLE TRUST UA JUN 02, 1998 FR
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

174. FNBC
ASH FLAT, AR

175. FORT SILL NATIONAL BANK
C/O JRMB II, INC.
LAWTON, OK

176. FORT WASHINGTON ACTIVE FIXED INCOME, LLC
C/O WOLLMUTH MAHER & DEUTSCH LLP
NEW YORK, NY

177. FRANCES JASPER ROLLOVER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

178. FREDERICK T. GOLDEN III 2008 TRUST
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

179. FRISHBERG FAMILY TST UA 04 10
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

180. FSA ASSET MANAGEMENT LLC
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
NEW YORK, NY

181. FSF
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

182. FUJIMOTO FAMILY TRUST UA 10 31 85 KEIKO
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

183. FULTON FAMILY 2001 CRT
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

184. FUSON FAMILY TRUST UA OCT 13, 1997
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

185. GALE L. TOBIN ROLLOVER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

186. GARY O'HARA IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

187. GARY W. GARLAND IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

188. GENERAL AMERICAN LIFE INSURANCE COMPANY
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
NEW YORK, NY

189. GEORGE LASNIER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

190. GEORGE M. PEPONIDES IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

191. GEORGE R. BRADLEY IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

192. GEORGES QUAY FUNDING I LTD
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

193. GERALD SCHAFFNER
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

194. GIDEON MANAGEMENT, LLC
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

195. GLENN PATRICK TIERNEY ROLLOVER
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

196. GLORIA BENSON
HENRIETTA, NY

197. HAROLD W. FUSON JR IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

198. HARRIMAN FAMILY TRUST
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

199. HARRY JR. AND UNNA ALBERS FAMILY UA OCT
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

200. HBK CAPITAL MANAGEMENT
C/O TALCOTT FRANKLIN P.C.
DALLAS, TX

201. HELEN L. BEE ROLLOVER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

202. HERCULES CREDIT UNION
SALT LAKE CITY, UT

203. HERGET BANK, NATIONAL ASSOCIATION
PEKIN, IL

204. HOSHANG P. KHAMBATTA IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

205. HSH NORDBANK AG
C/O LABATON SUCHAROW LLP
NEW YORK, NY

206. HSH NORDBANK SECURITIES S.A.
C/O LABATON SUCHAROW LLP
NEW YORK, NY

207. HUDSON STREET INVESTMENTS, LLC
HOBOKEN, NJ

208. IAN AIRES DDS ERT UA DEC 20,2
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

209. IKB DEUTSCHE INDUSTRIEBANK AG
C/O LABATON SUCHAROW LLP
NEW YORK, NY

210. IKB INTERNATIONAL S.A.
C/O LABATON SUCHAROW LLP
NEW YORK, NY

211. ILENE MYRA KAUFMAN IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

212. INTEGRITY LIFE INSURANCE COMPANY
C/O WOLLMUTH MAHER & DEUTSCH LLP
NEW YORK, NY

213. IRWIN L. JASPER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

214. IVALO FUND, L.P.
C/O LOWENSTEIN SANDLER LLP
NEW YORK, NY

215. JACK STEWART ROLLOVER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

216. JAMES B. FEDELE ROLLOVER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

217. JAMES C. GRAY IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

218. JAMES P. MCGINTY IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

219. JANE P. BEER ROLLOVER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

220. JANIE DECELLES IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

Exhibit A
-14-

221. JAYE VENUTI DDS & MICHAEL YOKO
     C/O PERFORMANCE TRUST INVESTMENT
     ADVISORS, LLC
     CHICAGO, IL

222. JEAN A. OBENCHAIN IRA
     C/O PERFORMANCE TRUST INVESTMENT
     ADVISORS, LLC
     CHICAGO, IL

223. JEAN M. BIESIADA ROLLOVER IRA
     C/O PERFORMANCE TRUST INVESTMENT
     ADVISORS, LLC
     CHICAGO, IL

224. JEREMY A. SIEGLER
     C/O PERFORMANCE TRUST INVESTMENT
     ADVISORS, LLC
     CHICAGO, IL

225. JIM AND KATHIE ZORTMAN FAM UA DEC 09, 20
     C/O PERFORMANCE TRUST INVESTMENT
     ADVISORS, LLC
     CHICAGO, IL

226. JOHN A. WALKER IRA
     C/O PERFORMANCE TRUST INVESTMENT
     ADVISORS, LLC
     CHICAGO, IL

227. JOHN C. ROOTS
     C/O PERFORMANCE TRUST INVESTMENT
     ADVISORS, LLC
     CHICAGO, IL

228. JOHN E STRATTON ROLLOVER IRA
     C/O PERFORMANCE TRUST INVESTMENT
     ADVISORS, LLC
     CHICAGO, IL

229. JOHN F. MARKUS IRA
     C/O PERFORMANCE TRUST INVESTMENT
     ADVISORS, LLC
     CHICAGO, IL

230. JOHN G. WATSON FOUNDATION INC.
     C/O PERFORMANCE TRUST INVESTMENT
     ADVISORS, LLC
     CHICAGO, IL

231. JOHN P SEPE ROLLOVER IRA
     C/O PERFORMANCE TRUST INVESTMENT
     ADVISORS, LLC
     CHICAGO, IL

232. JOHN PERLMAN SEPARATE PROPERTY TRUST
     C/O PERFORMANCE TRUST INVESTMENT
     ADVISORS, LLC
     CHICAGO, IL

233. JONATHAN C. EATON ROLLOVER IRA
     C/O PERFORMANCE TRUST INVESTMENT
     ADVISORS, LLC
     CHICAGO, IL

234. JONE D. CONE IRA
     C/O PERFORMANCE TRUST INVESTMENT
     ADVISORS, LLC
     CHICAGO, IL

235. JOSEPH P. BUNIVA IRA
     C/O PERFORMANCE TRUST INVESTMENT
     ADVISORS, LLC
     CHICAGO, IL

236. JOSEPH Y. CHANG IRA ROLLOVER
     C/O PERFORMANCE TRUST INVESTMENT
     ADVISORS, LLC
     CHICAGO, IL

237. JUDY B. NUSSBAUM TRUST UA MAY 29, 2008
     PHILIP M. NUSSBAUM, TRUSTEE
     WHEATON, IL

238. KAREN A. GARSSON ROLLOVER IRA
     C/O PERFORMANCE TRUST INVESTMENT
     ADVISORS, LLC
     CHICAGO, IL

239. KAREN GRUENBERG
     C/O PERFORMANCE TRUST INVESTMENT
     ADVISORS, LLC
     CHICAGO, IL

240. KATHIE L. ZORTMAN IRA
     C/O PERFORMANCE TRUST INVESTMENT
     ADVISORS, LLC
     CHICAGO, IL

Exhibit A
-15-

241. KEITH A. WALKER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

242. KEN KRAMARZ BENE IRA OF LEONA KRAMARZ IR
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

243. KENT LEWIS JONES IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

244. KEVIN CARNAHAN ROTH IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

245. KINGSBRIDGE PWM PARTNERS FUND LP
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

246. KLEROS PREFERRED FUNDING V PLC
C/O SCOTT, DOUGLASS & MCCONNICO L.L.P.
AUSTIN, TX

247. KNIGHTS OF COLUMBUS
NEW HAVEN, CT

248. LANDESBANK BADEN-WURTTEMBERG
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

249. LARRY C. KRAUSE IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

250. LARRY GOLDSTEIN AND NANCY V. WIEDLIN JT
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

251. LAWRENCE THOMAS TRUST
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

252. LEONARD J. SALMON ROLLOVER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

253. LEPETICH FAMILY TRUST
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

254. LEXINGTON INSURANCE COMPANY
C/O AIG INVESTMENTS AND FINANCIAL SERVICES
NEW YORK, NY

255. LORNE R POLGER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

256. LYLE FAMILY TRUST
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

257. M. GABRIELA PARENTE FAMILY TST UA JUNE 1
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

258. MANICHAEAN CAPITAL, LLC
C/O CEDAR HILL CAPITAL PARTNERS, LLC
NEW YORK, NY

259. MARILYN R. SCHEININGER ROLLOVER
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

260. MARINE BANK FSB
C/O CENTRAL ILLINOIS BANK
WAUKESHA, WI

261. MARINE BANK
C/O CENTRAL ILLINOIS BANK
WAUKESHA, WI

262. MARK BANN & PATRICIA BANN FAM
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

263. MARK BANN IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

264. MARK C. WIGGINS ROLLOVER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

265. MARK DELFINO IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

266. MARY A. THOMPSON IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

267. MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY
C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
LOS ANGELES, CA

268. MAUREEN SPAIN
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

269. MAX H. GRESORO JR. IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

270. MCDOWELL FAMILY TRUST 2
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

271. MCDOWELL FAMILY TRUST
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

272. MEMBERS LIFE INSURANCE COMPANY
C/O CUNA MUTUAL GROUP
MADISON, WI

273. MEMBERS UNITED CORPORATE FEDERAL CREDIT
C/O KOREIN TILLERY
ST. LOUIS, MO

274. MERNA SIEGLER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

275. METLIFE INSURANCE COMPANY OF CONNECTICUT
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

276. METLIFE REINSURANCE COMPANY
OF SOUTH CAROLINA
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
NEW YORK, NY

277. METROPOLITAN LIFE INSURANCE COMPANY
C/O BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
NEW YORK, NY

278. MGF
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

279. MICAHEL S STEVENSON IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

280. MICHAEL E ALDREDGE ROTH IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

Exhibit A
-17-

281. MICHAEL ORFIELD IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

282. MIDLAND ANIMAL CLINIC INC.
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

283. MINNESOTA LIFE INSURANCE COMPANY
C/O LARSON KING, LLP
ST. PAUL, MN

284. MISTY MORGAN REV TRUST
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

285. MITCHELL L. SIEGLER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

286. MORGAN FEDERAL BANK
FORT MORGAN, CO

287. MORTON R. GOODMAN IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

288. MUTUAL SAVINGS ASSOCIATION, FSA
LEAVENWORTH, KS

289. NATIONAL CREDIT UNION ADMINISTRATION
C/O KOREIN TILLERY
ST. LOUIS, MO

290. NATIONAL INTEGRITY LIFE
INSURANCE COMPANY
C/O WOLLMUTH MAHER & DEUTSCH
NEW YORK, NY

291. NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA.
C/O AIG INVESTMENTS AND FINANCIAL SERVICES
NEW YORK, NY

292. NCMIC INSURANCE COMPANY
CLIVE, IA

293. NELSON ENTERPRISES, LLC
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

294. NEVAHAWK INVESTMENT, INC.
C/O BLACKHAWK BANK
BELOIT, WI

295. NEW HAMPSHIRE INSURANCE COMPANY
C/O AIG INVESTMENTS AND FINANCIAL SERVICES
NEW YORK, NY

296. NEXBANK SSB
C/O REID COLLINS & TSAI LLP
AUSTIN, TX

297. OLHAUSEN FAMILY TRUST UA 08 14 9
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

298. P19M5 INVESTORS CUSTODY ACCOUNT
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

299. PATHFINDER PARTNERS LLC PSP UA JAN 01, 2
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

300. PATRICIA A. JUENEMANN IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

Exhibit A
-18-

301. PATRICIA J. KEARNEY ROLLOVER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

302. PATRICK FULTON ROLLOVER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

303. PAULA SANVIDGE IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

304. PEOPLES INDEPENDENT BANCSHARES
BOAZ, AL

305. PEOPLES INDEPENDENT BANK
C/O PEOPLES INDEPENDENT BANCSHARES
BOAZ, AL

306. PERFORMANCE TRUST CAPITAL PARTNERS, LLC
CHICAGO, IL

307. PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

308. PERFORMANCE TRUST OPPORTUNITY FUND 3, LL
CUSTOMER ACCOUNT "A"
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

309. PERFORMANCE TRUST OPPORTUNITY FUND 3, LL
CUSTOMER ACCOUNT "B"
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

310. PERFORMANCE TRUST OPPORTUNITY FUND 3, LL
CUSTOMER ACCOUNT "C"
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

311. PERFORMANCE TRUST OPPORTUNITY FUND 3, LL
CUSTOMER ACCOUNT "D"
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

312. PERFORMANCE TRUST OPPORTUNITY FUND II
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

313. PERFORMANCE TRUST TOTAL RETURN BOND FUND
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

314. PHILIP M. NUSSBAUM TRUST UA 05/29/2008
PHILIP M. NUSSBAUM TR
WHEATON, IL

315. PHILLIDINE ENTERPRISES INC ERT
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

316. PINION FAMILY TRUST UA NOV 11,
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

317. POWRIE REVOCABLE LIVING TRUST
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

318. PROGROWTH BANK
GAYLORD, MN

319. PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P.
C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
NEW YORK, NY

320. PRUCO LIFE INSURANCE COMPANY
C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
NEW YORK, NY

Exhibit A
-19-

321. PRUCO LIFE INSURANCE COMPANY
OF NEW JERSEY
C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
NEW YORK, NY

322. PRUDENTIAL ANNUITIES LIFE
ASSURANCE CORPORATION
C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
NEW YORK, NY

323. PRUDENTIAL INVESTMENT MANAGEMENT, INC.
C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
NEW YORK, NY

324. PRUDENTIAL INVESTMENT PORTFOLIOS 2
C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
NEW YORK, NY

325. PRUDENTIAL INVESTMENT PORTFOLIOS, INC.
C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
NEW YORK, NY

326. PRUDENTIAL RETIREMENT INSURANCE &
ANNUITY COMPANY
C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
NEW YORK, NY

327. PRUDENTIAL TOTAL RETURN BOND FUND, INC.
C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
NEW YORK, NY

328. PRUDENTIAL TRUST COMPANY
C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
NEW YORK, NY

329. PT FINANCIAL, LLC
CHICAGO, IL

330. PT INV, LLC
CHICAGO, IL

331. PTZ, LLC
CHICAGO, IL

332. REHAN FAMILY 1990 TRUST
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

333. REPO ACCOUNT AT B OF A ML
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

334. REPO ACCOUNT AT NOMURA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

335. REPO ACCOUNT AT RBC
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

336. REPO ACCOUNT AT RBS
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

337. RICHARD EARNER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

338. RICHARD S. BRENT ROLLOVER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

339. RICHARD S. MOWRY DMD QP PSP
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

340. RIO DEBT HOLDINGS (IRELAND) LIMITED
C/O VENABLE LLP
NEW YORK, NY

Exhibit A
-20-

341. RITA G. VENUS IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

342. ROBERT A. JOHNSON IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

343. ROBERT E. FRANZEN ROLLOVER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

344. ROBERT KRAMARZ BENE IRA OF LEONA KRAMARZ
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

345. ROBERT O. SANDERS IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

346. ROBERTA L. SAWTELLE ROLLOVER
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

347. RONALD AND CHRISCINDA ANGULO
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

348. ROSS A. PRINDLE TRUST
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

349. ROY A. KAPLAN M.D. DEFINED BENEFIT
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

350. ROYAL PARK INVESTMENTS SA/NV
C/O SCOTT, DOUGLASS & MCCONNICO, L.L.P.
AUSTIN, TX

351. SALLY A. HOLLOWAY ROLLOVER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

352. SANDRA GREIFENSTEIN LIV TRUST
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

353. SANDRA L MORTENSEN TRUST
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

354. SBLI USA MUTUAL LIFE INSURANCE
COMPANY, INC.
NEW YORK, NY

355. SCHWARTZ REVOCABLE SURVIVORS TRUST
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

356. SCITUATE FEDERAL SAVINGS BANK
MARSHFIELD, MA

357. SEALINK FUNDING LIMITED
C/O NEUBERGER BERMAN EUROPE LIMITED
LONDON, ENGLAND

358. SECURIAN CASUALTY COMPANY
C/O LARSON KING, LLP
ST. PAUL, MN

359. SECURIAN FINANCIAL GROUP, INC.
C/O LARSON KING, LLP
ST. PAUL, MN

360. SECURIAN FOUNDATION
C/O LARSON KING, LLP
ST. PAUL, MN

Exhibit A
-21-

361. SECURIAN FUNDS TRUST
C/O LARSON KING, LLP
ST. PAUL, MN

362. SECURITY BANK
ODESSA, TX

363. SHARP REES STEALY MEDICAL GROU
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

364. SHARP-REES STEALEY MED GRP PSP
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

365. SHEKHTER LIVING TRUST UA 060690 SEMYON O
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

366. SHELLEY P. STORTZ
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

367. SILVER ELMS CDO II LTD
C/O SCOTT, DOUGLASS & MCCONNICO, L.L.P.
AUSTIN, TX

368. SILVER ELMS CDO PLC
C/O SCOTT, DOUGLASS & MCCONNICO, L.L.P.
AUSTIN, TX

369. SOUTHWEST CORPORATE FEDERAL CREDIT UNION
C/O KOREIN TILLERY
ST. LOUIS, MO

370. SPENCERVIEW ASSET MANAGEMENT LTD.
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

371. STEPHEN F. FLAIM IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

372. STEPHEN JONES IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

373. STERLING FEDERAL BANK, F.S.B.
C/O KOPELOWITZ OSTROW FERGUSON WEISELBERG
KEECHL
FT. LAUDERDALE, FL

374. STEVEN L. WEETHEE IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

375. STOLL TRUST UA FEB 23 2000 ANNE OR A GEO
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

376. STORYTEL FOUNDATION
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

377. SURVIVORS TRUST OF THE 1998 FA UA MAR 28
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

378. SUSAN BECKER
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

379. SUSAN E. KRAUSEN
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

380. SUSQUEHANNA ADVISORS GROUP, INC.
C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
NEW YORK, NY

381. TACONIC CAPITAL PARTNERS 1.5 LP
C/O TACONIC CAPITAL ADVISORS L.P.
NEW YORK, NY

382. TACONIC CAPITAL PARTNERS LP
C/O TACONIC CAPITAL ADVISORS L.P.
NEW YORK, NY

383. TACONIC MASTER FUND 1.5 LP
C/O TACONIC CAPITAL ADVISORS L.P.
NEW YORK, NY

384. TACONIC OPPORTUNITY FUND II L.P.
C/O TACONIC CAPITAL ADVISORS L.P.
NEW YORK, NY

385. TACONIC OPPORTUNITY FUND L.P.
C/O TACONIC CAPITAL ADVISORS L.P.
NEW YORK, NY

386. TACONIC OPPORTUNITY MASTER
FUND LP
C/O TACONIC CAPITAL ADVISORS L.P.
NEW YORK, NY

387. TERRANCE BOURK IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

388. TEXAS COUNTY AND DISTRICT RETIREMENT
SYSTEM
AUSTIN, TX

389. THE COLLECTORS' FUND L.P.
C/O AMICI CAPITAL LLC
NEW YORK, NY

390. THE DESCHENES TRUST
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

391. THE ELLEN FERRONE TRUST UA 10/1/96
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

392. THE GIBRALTAR LIFE INSURANCE
COMPANY, LTD.
C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
NEW YORK, NY

393. THE INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA
C/O AIG INVESTMENTS AND FINANCIAL SERVICES
NEW YORK, NY

394. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
NEW YORK, NY

395. THE PRUDENTIAL LIFE INSURANCE
COMPANY, LTD
C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
NEW YORK, NY

396. THE PRUDENTIAL SERIES FUND
C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP
NEW YORK, NY

397. THE UNITED STATES LIFE INSURANCE COMPANY
IN THE CITY OF NEW YORK
C/O AIG INVESTMENTS AND FINANCIAL SERVICES
NEW YORK, NY

398. THE VARIABLE ANNUITY LIFE INSURANCE COMP
C/O AIG INVESTMENTS AND FINANCIAL SERVICES
NEW YORK, NY

399. THE WESTERN AND SOUTHERN LIFE INSURANCE
COMPANY
C/O WOLLMUTH MAHER & DEUTSCH LLP
NEW YORK, NY

400. THE ZARLING/LYONS TRUST
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

401. THELMA E. REICH IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

402. THIRD POINT LLC
NEW YORK, NY

403. THOMAS LOHNER ROLLOVER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

404. THOMAS M. HERRMANN AND SARAJEAN HERRMANN
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

405. THOMASTON SAVINGS BANK
THOMASTON, CT

406. THRIVENT BALANCED FUND
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

407. THRIVENT BALANCED PORTFOLIO
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

408. THRIVENT BOND INDEX PORTFOLIO
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

409. THRIVENT CORE BOND FUND
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

410. THRIVENT DEFINED BENEFITS PLAN TRUST
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

411. THRIVENT FINANCIAL FOR LUTHERANS FOUNDATION
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

412. THRIVENT FINANCIAL FOR LUTHERANS
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

413. THRIVENT INCOME FUND
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

414. THRIVENT LIFE INSURANCE COMPANY
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

415. THRIVENT LIMITED MATURITY BOND FUND
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

416. THRIVENT LIMITED MATURITY BOND PORTFOLIO
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

417. THRIVENT MUTUAL FUNDS
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

418. THRIVENT SERIES FUND, INC.
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

419. THRIVENT VARIABLE ANNUITY PORTFOLIO FUNDS
C/O BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SAN DIEGO, CA

420. TIMOTHY C AND ROSEANN L JANKOWSKI UA DEC
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

Exhibit A
-24-

421. TIMOTHY P. DEVLIN IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

422. TRIAXX PRIME CDO 2006-1
C/O KELLER ROHRBACK L.L.P.
SEATTLE, WA

423. TRIAXX PRIME CDO 2006-2
C/O KELLER ROHRBACK L.L.P
SEATTLE, WA

424. TRIAXX PRIME CDO 2007-1
C/O KELLER ROHRBACK L.L.P.
SEATTLE, WA

425. TTCU THE CREDIT UNION
TULSA, OK

426. U.S. CENTRAL FEDERAL CREDIT UNION
C/O KOREIN TILLERY
ST. LOUIS, MO

427. VALLEY BANK AND TRUST
MAPLETON, IA

428. VAN DAM FAMILY TRUST UA MAY 09 78 WALTER
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

429. VICKIE C. ARNOLD ROLLOVER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

430. VICKIE PASTERAK
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

431. VNB CAPITAL CORP.
C/O TALCOTT FRANKLIN P.C.
UNIVERSITY PARK, TX

432. VOEGE-ETTE KOLTZ IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

433. WADENA STATE BANK
WADENA, MN

434. WAN PING CHANG
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

435. WESTERN CORPORATE FEDERAL CREDIT UNION
C/O KOREIN TILLERY
ST. LOUIS, MO

436. WESTERN-SOUTHERN LIFE ASSURANCE COMPANY
C/O WOLLMUTH MAHER & DEUTSCH LLP
NEW YORK, NY

437. WILLIAM H. PAYNE JR. ROLLOVER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

438. WILSON S. NORTH ROLLOVER IRA
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

439. YVETTE JOCKIN REV TRUST UA 11/30/07
C/O PERFORMANCE TRUST INVESTMENT
ADVISORS, LLC
CHICAGO, IL

Exhibit A
-25-

EXHIBIT B

**Exhibit B**

1.   DENALI STATE BANK
     FAIRBANKS, AK

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on October 21, 2013, I authorized the electronic filing of

3

the foregoing with the Clerk of the Court using the CM/ECF system which will send

4

notification of such filing to the e-mail addresses denoted on the attached Electronic

5

Mail Notice List, and I hereby certify that I caused to be mailed the foregoing

6

document or paper via the United States Postal Service to the non-CM/ECF

7

participants indicated on the attached Manual Notice List.

8

I certify under penalty of perjury under the laws of the United States of America

9

that the foregoing is true and correct.  Executed on October 21, 2013.

10

11

      s/ SPENCER A. BURKHOLZ
      SPENCER A. BURKHOLZ

12

13

      ROBBINS GELLER RUDMAN
          & DOWD LLP
      655 West Broadway, Suite 1900
      San Diego, CA  92101-3301
      Telephone:  619/231-1058
      619/231-7423 (fax)

14

15

16

      E-mail:  spenceb@rgrdlaw.com

17

18

19

20

21

22

23

24

25

26

27

28

## Mailing Information for a Case 2:12-cv-05122-MRP-MAN

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Leiv H Blad , Jr**
  leiv.blad@bingham.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher G Caldwell**
  caldwell@caldwell-leslie.com,hammer@caldwell-leslie.com, ,hong@caldwell-leslie.com,perigoe@caldwell-leslie.com,pettit@caldwell-leslie.com,records@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,strother@caldwell-leslie.com

- **Michelle K Camp**
  mpulley@gibsondunn.com

- **Matthew W Close**
  mclose@omm.com

- **Michele E Connolly**
  mconnolly@goodwinprocter.com

- **Brian Charles Devine**
  bdevine@goodwinprocter.com,ABoivin@goodwinprocter.com

- **Jenifer Q Doan**
  jeniferdoan@paulhastings.com,jenniferroussillon@paulhastings.com

- **Daniel S Drosman**
  ddrosman@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas E Egler**
  tome@rgrdlaw.com,jillk@rgrdlaw.com

- **John O Farley**
  jfarley@goodwinprocter.com

- **Inez H Friedman-Boyce**
  ifriedmanboyce@goodwinprocter.com,MConnolly@goodwinprocter.com

- **Jeanne A Fugate**
  fugate@caldwell-leslie.com,records@caldwell-leslie.com,harper@caldwell-leslie.com

- **Joshua G Hamilton**
  joshuahamilton@paulhastings.com,melmanahan@paulhastings.com,lindayoung@paulhastings.com

- **Jennifer Lee Hong**
  hong@caldwell-leslie.com,records@caldwell-leslie.com

- **Deborah Kang**
  deborahkang@paulhastings.com

- **Dean J Kitchens**
  dkitchens@gibsondunn.com,MOstrye@gibsondunn.com

- **Teodora Manolova**
  tmanolova@goodwinprocter.com

- **Alexander K Mircheff**
  amircheff@gibsondunn.com,mostrye@gibsondunn.com,inewman@gibsondunn.com,cnowlin@gibsondunn.com,mpulley@gibsondunn.com

- **Christopher Anthony Nowlin**
  cnowlin@gibsondunn.com,hkim@gibsondunn.com

- **Brian E Pastuszenski**
  bpastuszenski@goodwinprocter.com,aboivin@goodwinprocter.com,ashapiro@goodwinprocter.com

- **Ashley M Robinson**
  ashleyr@rgrdlaw.com

- **Jonathan Rosenberg**
  jrosenberg@omm.com

- **Scott H Saham**
  scotts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer M Sepic**
  jennifer.sepic@bingham.com

- **William F Sullivan**
  williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com,lindayoung@paulhastings.com

- **William J Sushon**
  wsushon@omm.com

- **Michael C Tu**
  mtu@orrick.com,cchiang@orrick.com

- **David C Walton**
  davew@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Lloyd Winawer**
  lwinawer@goodwinprocter.com,cburgos@goodwinprocter.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

**Manual List – Objectors**

Howard B. Prossnitz, Esq.
LAW OFFICE OF HOWARD PROSSNITZ
218 North Jefferson, Suite 300
Chicago, IL 60661

Talcott J. Franklin, Esq.
Martha Evans, Esq.
Derek White, Esq.
Dylan Savage, Esq.
TALCOTT FRANKLIN P.C.
208 North Market Street, Suite 200
Dallas, TX 75202

William N. Herbert
CALVO FISHER & JACOB LLP
One Lombard Street, Second Floor
San Francisco, CA 94111

David J. Grais
Owen L. Cyrulink
Kathryn E. Matthews
GRAIS & ELLSWORTH LLP
1211 Avenue of the Americas
New York, NY 10036