1   ROBBINS GELLER RUDMAN
      & DOWD LLP
2   SPENCER A. BURKHOLZ (147029)
    THOMAS E. EGLER (189871)
3   SCOTT H. SAHAM (188355)
    NATHAN R. LINDELL (248668)
4   ASHLEY M. ROBINSON (281597)
    655 West Broadway, Suite 1900
5   San Diego, CA  92101
    Telephone:  619/231-1058
6   619/231-7423 (fax)
    spenceb@rgrdlaw.com
7   tome@rgrdlaw.com
    scotts@rgrdlaw.com
8   nlindell@rgrdlaw.com
    arobinson@rgrdlaw.com
9
    KESSLER TOPAZ MELTZER
10     & CHECK, LLP
    ANDREW L. ZIVITZ                COHEN MILSTEIN SELLERS
11  SHARAN NIRMUL                      & TOLL PLLC
    KIMBERLY JUSTICE               STEVEN J. TOLL (*pro hac vice*)
12  JENNIFER L. JOOST              JULIE GOLDSMITH REISER (*pro hac vice*)
    280 King of Prussia Road       JOSHUA S. DEVORE (*pro hac vice*)
13  Radnor, PA  19087              1100 New York Avenue, N.W.
    Telephone:  610/667-7706       West Tower, Suite 500
14  610/667-7056 (fax)             Washington, DC  20005-3964
    azivitz@ktmc.com               Telephone:  202/408-4600
15  snirmul@ktmc.com               202/408-4699 (fax)
    kjustice@ktmc.com              stoll@cohenmilstein.com
16  jjoost@ktmc.com                jreiser@cohenmilstein.com
                                   jdevore@cohenmilstein.com
17  Co-Lead Counsel in the *Luther*
    and *Western Conference* actions   Lead Counsel in the *Maine State* action only
18
    [Additional counsel appear on signature page.]
19
                    UNITED STATES DISTRICT COURT
20                  CENTRAL DISTRICT OF CALIFORNIA

21  MAINE STATE RETIREMENT          )   No. 2:10-cv-00302-MRP(MANx)
    SYSTEM, Individually and On Behalf )
22  of All Others Similarly Situated,  )   CLASS ACTION
                                    )
23                      Plaintiff,  )   NOTICE OF AMENDMENT OF
                                    )   EXHIBIT 1 TO [PROPOSED] FINAL
24          vs.                     )   JUDGMENT AND ORDER OF
                                    )   DISMISSAL WITH PREJUDICE
25  COUNTRYWIDE FINANCIAL           )
    CORPORATION, et al.,            )
26                                  )
                        Defendants. )
27  _____ )
    [Caption continued on following page.]
28

886339_1

1   WESTERN CONFERENCE OF              )   No. 2:12-cv-05122-MRP(MANx)
    TEAMSTERS PENSION TRUST            )
2   FUND, Individually and On Behalf of )   CLASS ACTION
    All Others Similarly Situated,     )
3                                      )
                        Plaintiff,     )
4                                      )
         vs.                           )
5                                      )
    COUNTRYWIDE FINANCIAL              )
6   CORPORATION, et al.,               )
                                       )
7                        Defendants.   )
    _____)
8   DAVID H. LUTHER, et al.,           )   No. 2:12-cv-05125-MRP(MANx)
    Individually and On Behalf of All  )
9   Others Similarly Situated,         )   CLASS ACTION
                                       )
10                       Plaintiffs,   )
                                       )
11       vs.                           )
                                       )
12  COUNTRYWIDE FINANCIAL              )
    CORPORATION, et al.,               )
13                                     )
                        Defendants.    )
14                                     )
    _____)

15

16

17

18

19

20

21

22

23

24

25

26

27

28

886339_1

1    On October 21, 2013, Plaintiffs submitted their Reply in Support of Plaintiffs'

2 Motions for Final Approval of Class Action Settlement, Plan of Allocation of

3 Settlement Proceeds, and Request for an Award of Attorneys' Fees and Expenses

4 ("Reply").  *See* Dkt. No. 280 in Case No. 2:12-cv-05125; Dkt. No. 543 in Case No.

5 2:10-cv-00302; Dkt. No. 261 in Case No. 2:12-cv-05122.  As part of Plaintiffs'

6 submission, they filed a [Proposed] Final Judgment and Order of Dismissal with

7 Prejudice, which included a list of the individuals and entities requesting exclusion

8 from the Class as Exhibit 1.  *See* Dkt. No. 280-1 in Case No. 2:12-cv-05125; Dkt. No.

9 543-1 in Case No. 2:10-cv-00302; Dkt. No. 261-1 in Case No. 2:12-cv-05122.  The

10 list included in Exhibit 1 was arranged by individual/entity and, thus, totaled 440

11 separate exclusion requests.  Plaintiffs' Reply, however, identified the exclusion

12 requests by the number of letters received, which totaled 117.  Thus, to be consistent

13 with Plaintiffs' Reply and to alleviate any confusion, Plaintiffs attach Exhibit 1 hereto,

14 which lists the requests for exclusion by letter, and contains other minor revisions

15 based on information in those letters.  Plaintiffs request that this revised Exhibit 1

16 replace that filed on October 21, 2013.

17    Additionally, as set forth in the Supplemental Declaration of Jose Fraga

18 Regarding (A) Mailing of the Notice and Proof of Claim Form; and (B) Report on

19 Requests for Exclusion Received (Dkt. No. 282 in Case No. 2:12-cv-05125; Dkt. No.

20 545 in Case No. 2:10-cv-00302; Dkt. No. 263 in Case No. 2:12-cv-05122), 116 timely

21 requests for exclusion and one (1) late request for exclusion were received.  The late

22 request was submitted by Denali State Bank ("Denali") and was postmarked one day

23 after the request for exclusion deadline.  Denali seeks to be excluded from the Class

24 for purposes of the settlement, however, because its request was postmarked after the

25 exclusion deadline the Court must determine whether to allow Denali to opt-out.  For

26 the Court's convenience, Plaintiffs include two (2) versions of Exhibit 1 hereto.  One

27 version of Exhibit 1 lists Denali as a timely exclusion and the other does not.

28

- 1 -

886339_1

1    Plaintiffs respectfully request that the Court enter the appropriate version of the

2  attached Exhibit 1 as an exhibit to the Final Judgment, depending on whether Denali

3  is ruled to have validly opted out of the Class, and that the Court disregard the Exhibit

4  1 originally filed on October 21, 2013.

5  DATED:  October 23, 2013                    Respectfully submitted,

6                                              ROBBINS GELLER RUDMAN
                                                 & DOWD LLP
7                                              SPENCER A. BURKHOLZ
                                               THOMAS E. EGLER
8                                              SCOTT H. SAHAM
                                               NATHAN R. LINDELL
9                                              ASHLEY M. ROBINSON

10

11                                                      s/ Spencer A. Burkholz
                                                      SPENCER A. BURKHOLZ

12
                                               655 West Broadway, Suite 1900
13                                             San Diego, CA  92101
                                               Telephone:  619/231-1058
14                                             619/231-7423 (fax)

15                                             KESSLER TOPAZ MELTZER
                                                 & CHECK, LLP
16                                             ANDREW L. ZIVITZ
                                               SHARAN NIRMUL
17                                             KIMBERLY JUSTICE
                                               JENNIFER L. JOOST

18

19
                                                       s/ Andrew L. Zivitz
20                                                    ANDREW L. ZIVITZ

21                                             280 King of Prussia Road
                                               Radnor, PA  19087
22                                             Telephone:  610/667-7706
                                               610/667-7056 (fax)
23
                                               Co-Lead Counsel for Plaintiffs and the Class
24                                             in the *Luther* and *Western Conference* actions

25

26

27

28

- 2 -

886339_1

1

2   DEUTSCH & LIPNER
    SETH E. LIPNER
3   1325 Franklin Avenue, Suite 225
    Garden City, NY  11530
4   Telephone:  516/294-8899
    516/742-9416 (fax)

5

6   THE MEHDI FIRM
    AZRA Z. MEHDI
7   One Market
    Spear Tower, Suite 3600
8   San Francisco, CA  94105
    Telephone:  415/293-8039
9   415/293-8001 (fax)

10  Additional Counsel for Plaintiff

11  COHEN MILSTEIN SELLERS
      & TOLL PLLC
12  STEVEN J. TOLL (*pro hac vice*)
    JULIE GOLDSMITH REISER (*pro hac vice*)
13  JOSHUA S. DEVORE (*pro hac vice*)

14

15                    s/ Steven J. Toll
    _____
16                    STEVEN J. TOLL

17  1100 New York Avenue, N.W.
    West Tower, Suite 500
18  Washington, DC  20005-3964
    Telephone:  202/408-4600
19  202/408-4699 (fax)

20  COHEN MILSTEIN SELLERS
      & TOLL PLLC
21  JOEL P. LAITMAN (*pro hac vice*)
    CHRISTOPHER LOMETTI (*pro hac vice*)
22  RICHARD SPEIRS (*pro hac vice*)
    DANIEL B. REHNS (*pro hac vice*)
23  77 Pine Street, 14th Floor
    New York, NY  10005
24  Telephone:  212/838-7797
    212/838-7745 (fax)

25  Lead Counsel for Plaintiffs and the Class in
    the *Maine State* action only

26

27

28

                        - 3 -

886339_1

1

2
GLANCY BINKOW &
  GOLDBERG LLP
3
LIONEL Z. GLANCY
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
4
Los Angeles, CA  90067
Telephone:  310/201-9150
5
310/201-9106 (fax)

6
Liaison Counsel for Plaintiffs in the *Maine State* action

7
KIRBY McINERNEY LLP
8
IRA M. PRESS
RANDALL K. BERGER
9
825 Third Avenue, 16th Floor
New York, NY  10022
10
Telephone: 212/371-6600
212/751-2540 (fax)

11
Additional Counsel for United Methodist
12
Churches Benefit Board. Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

886339_1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 23, 2013.

s/ SPENCER A. BURKHOLZ
SPENCER A. BURKHOLZ

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  spenceb@rgrdlaw.com

**Mailing Information for a Case  2:12-cv-05122-MRP-MAN Western Conference of Teamsters Pension Trust Fund v. Countrywide Financial Corporation et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Leiv H Blad , Jr**
  leiv.blad@bingham.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher G Caldwell**
  caldwell@caldwell-leslie.com,hammer@caldwell-leslie.com, ,hong@caldwell-leslie.com,perigoe@caldwell-leslie.com,pettit@caldwell-leslie.com,records@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,strother@caldwell-leslie.com

- **Michelle K Camp**
  mpulley@gibsondunn.com

- **Matthew W Close**
  mclose@omm.com

- **Michele E Connolly**
  mconnolly@goodwinprocter.com

- **Brian Charles Devine**
  bdevine@goodwinprocter.com,ABoivin@goodwinprocter.com

- **Jenifer Q Doan**
  jeniferdoan@paulhastings.com

- **Daniel S Drosman**
  ddrosman@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas E Egler**
  tome@rgrdlaw.com,jillk@rgrdlaw.com

- **John O Farley**
  jfarley@goodwinprocter.com

- **Inez H Friedman-Boyce**
  ifriedmanboyce@goodwinprocter.com,MConnolly@goodwinprocter.com

- **Jeanne A Fugate**
  fugate@caldwell-leslie.com,records@caldwell-leslie.com,harper@caldwell-leslie.com

- **Joshua G Hamilton**
  joshuahamilton@paulhastings.com,melmanahan@paulhastings.com,lindayoung@paulhastings.com

- **William N Hebert**
  whebert@calvofisher.com,docket@calvoclark.com,SF-receptionist@calvoclark.com

- **Jennifer Lee Hong**
  hong@caldwell-leslie.com,records@caldwell-leslie.com

- **Deborah Kang**
  deborahkang@paulhastings.com

- **Dean J Kitchens**
  dkitchens@gibsondunn.com,MOstrye@gibsondunn.com

- **Teodora Manolova**
  tmanolova@goodwinprocter.com

- **Alexander K Mircheff**
  amircheff@gibsondunn.com,mostrye@gibsondunn.com,inewman@gibsondunn.com,cnowlin@gibsondunn.com,mpulley@gibsondunn.com

- **Christopher Anthony Nowlin**
  cnowlin@gibsondunn.com,hkim@gibsondunn.com

- **Brian E Pastuszenski**
  bpastuszenski@goodwinprocter.com,aboivin@goodwinprocter.com,ashapiro@goodwinprocter.com

- **Ashley M Robinson**
  ashleyr@rgrdlaw.com

- **Jonathan Rosenberg**
  jrosenberg@omm.com

- **Scott H Saham**
  scotts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer M Sepic**
  jennifer.sepic@bingham.com

- **William F Sullivan**
  williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com,lindayoung@paulhastings.com

- **William J Sushon**
  wsushon@omm.com

- **Michael C Tu**
  mtu@orrick.com,cchiang@orrick.com

- **David C Walton**
  davew@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Lloyd Winawer**
  lwinawer@goodwinprocter.com,cburgos@goodwinprocter.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

-8-

## Manual List – Objectors

### *Western Conference of Teamsters Pension Trust Fund v. Countrywide Financial Corporation, et al.,* No. 2:12-cv-05122-MRP-MAN

Howard B. Prossnitz, Esq.
LAW OFFICE OF HOWARD PROSSNITZ
218 North Jefferson, Suite 300
Chicago, IL 60661

Talcott J. Franklin, Esq.
Martha Evans, Esq.
Derek White, Esq.
Dylan Savage, Esq.
TALCOTT FRANKLIN P.C.
208 North Market Street, Suite 200
Dallas, TX 75202

David J. Grais
Owen L. Cyrulink
Kathryn E. Matthews
GRAIS & ELLSWORTH LLP
1211 Avenue of the Americas
New York, NY 10036