# EXHIBIT 1
## TIMELY EXCLUSIONS

# EXHIBIT 1

| | | | |
|---|---|---|---|
| 1. | AIG FEDERAL SAVINGS BANK<br>AIG SECURITIES LENDING CORP.<br>AMERICAN GENERAL LIFE INSURANCE COMPANY<br>AMERICAN HOME ASSURANCE COMPANY<br>AMERICAN INTERNATIONAL GROUP, INC.<br>AMERICAN INTERNATIONAL GROUP, INC. RETIREMENT PLAN<br>CHARTIS PROPERTY CASUALTY COMPANY<br>CHARTIS SPECIALTY INSURANCE CO.<br>COMMERCE AND INDUSTRY INSURANCE COMPANY<br>LEXINGTON INSURANCE COMPANY<br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.<br>NEW HAMPSHIRE INSURANCE COMPANY<br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA<br>THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK<br>THE VARIABLE ANNUITY LIFE INSURANCE COMPANY<br>C/O AIG INVESTMENTS AND FINANCIAL SERVICES<br>NEW YORK, NY | 13. | BAYERISCHE LANDESBANK, NEW YORK BRANCH<br>C/O BERNSTEIN LITOWITZ BERGER<br>& GROSSMANN LLP<br>SAN DIEGO, CA |
| | | 14. | BAYVIEW MORTGAGE SECURITIES MASTER FUND, L.P.<br>BAYVIEW OPPORTUNITY MASTER FUND IIA, L.P.<br>BAYVIEW OPPORTUNITY MASTER FUND IIB, L.P.<br>BAYVIEW OPPORTUNITY MASTER FUND, L.P.<br>IVALO FUND, L.P.<br>C/O LOWENSTEIN SANDLER LLP<br>NEW YORK, NY |
| | | 15. | BLACKHAWK BANK F/K/A BLACKHAWK STATE BANK<br>NEVAHAWK INVESTMENT, INC.<br>C/O BLACKHAWK BANK<br>BELOIT, WI |
| | | 16. | BLUE HERON FUNDING II LTD<br>C/O SCOTT, DOUGLASS & MCCONNICO, L.L.P.<br>AUSTIN, TX |
| 2. | ALLSTATE INSURANCE COMPANY<br>ALLSTATE LIFE INSURANCE COMPANY<br>ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK<br>AMERICAN HERITAGE LIFE INSURANCE COMPANY<br>C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>NEW YORK, NY | 17. | BLUE HERON FUNDING IX LTD<br>C/O SCOTT, DOUGLASS & MCCONNICO L.L.P.<br>AUSTIN, TX |
| | | 18. | BLUE HERON FUNDING V LTD<br>C/O SCOTT, DOUGLASS & MCCONNICO, L.L.P.<br>AUSTIN, TX |
| 3. | AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY OF NEW YORK<br>WEST DES MOINES, IA | 19. | BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND L.P.<br>BLUEMOUNTAIN DISTRESSED MASTER FUND L.P.<br>BLUEMOUNTAIN LONG/SHORT CREDIT MASTER FUND L.P.<br>C/O BLUE MOUNTAIN CAPITAL MANAGEMENT, LLC<br>NEW YORK, NY |
| 4. | AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY<br>WEST DES MOINES, IA | | |
| 5. | AMERICAN FIDELITY ASSURANCE COMPANY<br>OKLAHOMA CITY, OK | | |
| | | 20. | BURKE & HERBERT BANK<br>ALEXANDRIA, VA |
| 6. | AMICI ASSOCIATES L.P.<br>C/O AMICI CAPITAL LLC<br>NEW YORK, NY | 21. | CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC.<br>C/O BERNSTEIN LITOWITZ BERGER<br>& GROSSMANN LLP<br>SAN DIEGO, CA |
| 7. | AMICI OFFSHORE, LTD.<br>C/O AMICI CAPITAL LLC<br>NEW YORK, NY | | |
| | | 22. | CAPITAL BANK<br>ST. PAUL, MN |
| 8. | AMICI QUALIFIED ASSOCIATES, L.P.<br>C/O AMICI CAPITAL LLC<br>NEW YORK, NY | 23. | CAPITAL VENTURES INTERNATIONAL<br>SUSQUEHANNA ADVISORS GROUP, INC.<br>C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>NEW YORK, NY |
| 9. | ASSURED GUARANTY CORP.<br>NEW YORK, NY | | |
| 10. | ASSURED GUARANTY MUNICIPAL CORP.<br>NEW YORK, NY | 24. | CARL HANZELIK<br>JENKINTOWN, PA |
| 11. | BANK HAPOALIM B.M.<br>C/O LABATON SUCHAROW LLP<br>NEW YORK, NY | 25. | CARRERA CAPITAL FINANCE LIMITED<br>C/O LABATON SUCHAROW LLP<br>NEW YORK, NY |
| 12. | BANKWEST<br>PIERRE, SD | | |

Exhibit 1
-15-

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| 26. | CEDAR HILL CAPITAL PARTNERS, LLC<br>CEDAR HILL MORTGAGE OPPORTUNITY MASTER FUND, LP<br>MANICHAEAN CAPITAL, LLC<br>C/O CEDAR HILL CAPITAL PARTNERS, LLC<br>NEW YORK, NY | | PRUDENTIAL INVESTMENT PORTFOLIOS 2<br>PRUDENTIAL INVESTMENT PORTFOLIOS, INC.<br>PRUDENTIAL RETIREMENT INSURANCE & ANNUITY COMPANY<br>PRUDENTIAL TOTAL RETURN BOND FUND, INC.<br>PRUDENTIAL TRUST COMPANY<br>THE GIBRALTAR LIFE INSURANCE COMPANY, LTD.<br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD<br>THE PRUDENTIAL SERIES FUND<br>C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>NEW YORK, NY |
| 27. | CENTRAL VALLEY COMMUNITY BANK<br>FRESNO, CA | | |
| 28. | CHARLES SCHWAB CORPORATION<br>SAN FRANCISCO, CA | | |
| 29. | CHESAPEAKE BANK<br>KILMARNOCK, VA | 38. | CUMIS INSURANCE SOCIETY<br>CUNA MUTUAL INSURANCE SOCIETY<br>CUNA MUTUAL INVESTMENT CORPORATION<br>CUNA MUTUAL LIFE INSURANCE COMPANY<br>MEMBERS LIFE INSURANCE COMPANY<br>C/O CUNA MUTUAL GROUP<br>MADISON, WI |
| 30. | CIB MARINE BANCSHARES, INC. AS SUCCESSOR BY MERGER WITH CITRUS BANK, NA<br>WAUKESHA, WI | | |
| 31. | CIBM BANK AS SUCCESSOR BY MERGER OF:<br>CIBM BANK<br>CENTRAL ILLINOIS BANK<br>MARINE BANK<br>CIB BANK<br>MARINE BANK FSB<br>C/O CIBM BANK<br>WAUKESHA, WI | 39. | DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK AG<br>C/O LABATON SUCHAROW LLP<br>NEW YORK, NY |
| | | 40. | DEXIA CREDIT LOCAL, NEW YORK BRANCH<br>DEXIA CREDIT LOCAL, SA<br>DEXIA HOLDINGS, INC.<br>DEXIA SA/NV<br>FSA ASSET MANAGEMENT LLC<br>C/O BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>SAN DIEGO, CA |
| 32. | CITIZENS BANK & TRUST COMPANY<br>VAN BUREN, AR | | |
| 33. | CITY NATIONAL BANK & TRUST COMPANY<br>LAWTON, OK | | |
| 34. | CNL/INSURANCE AMERICA, INC.<br>MINNESOTA LIFE INSURANCE COMPANY<br>SECURIAN CASUALTY COMPANY<br>SECURIAN FINANCIAL GROUP, INC.<br>SECURIAN FOUNDATION<br>SECURIAN FUNDS TRUST<br>C/O LARSON KING, LLP<br>ST. PAUL, MN | 41. | EDWARD KOMITO<br>ALLENTOWN, PA |
| | | 42. | EMPRISE BANK<br>WICHITA, KS |
| | | 43. | FARMERS AND MECHANICS FEDERAL<br>BLOOMFIELD, IN |
| 35. | COLUMBUS LIFE INSURANCE COMPANY<br>INTEGRITY LIFE INSURANCE COMPANY<br>NATIONAL INTEGRITY LIFE INSURANCE COMPANY<br>THE WESTERN AND SOUTHERN LIFE INSURANCE COMPANY<br>WESTERN-SOUTHERN LIFE ASSURANCE COMPANY<br>C/O WOLLMUTH MAHER & DEUTSCH LLP<br>NEW YORK, NY | 44. | FDIC AS RECEIVER FOR COLONIAL BANK<br>C/O GRAIS & ELLSWORTH LLP<br>NEW YORK, NY |
| | | 45. | FDIC AS RECEIVER FOR FRANKLIN BANK, SSB<br>C/O GRAIS & ELLSWORTH LLP<br>NEW YORK, NY |
| | | 46. | FDIC AS RECEIVER FOR GUARANTY BANK<br>C/O GRAIS & ELLSWORTH LLP<br>NEW YORK, NY |
| 36. | COMMERCE BANK, KANSAS CITY, MISSOURI<br>C/O THE COMMERCE TRUST COMPANY<br>ST. LOUIS, MO | 47. | FDIC AS RECEIVER FOR SECURITY SAVINGS BANK<br>C/O GRAIS & ELLSWORTH LLP<br>NEW YORK, NY |
| 37. | COMMERCE STREET INVESTMENTS, LLC<br>PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P.<br>PRUCO LIFE INSURANCE COMPANY<br>PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY<br>PRUDENTIAL ANNUITIES LIFE ASSURANCE CORPORATION<br>PRUDENTIAL INVESTMENT MANAGEMENT, INC. | 48. | FDIC AS RECEIVER FOR STRATEGIC CAPITALBANK<br>C/O GRAIS & ELLSWORTH LLP<br>NEW YORK, NY |

Exhibit 1
-16-

| | | | |
|---|---|---|---|
| 49. | FDIC AS RECEIVER FOR UNITED WESTERN BANK<br>C/O GRAIS & ELLSWORTH LLP<br>NEW YORK, NY | 64. | FIRST SECURITY BANK - HENDRICKS<br>HENDRICKS, MN |
| 50. | FEDERAL HOME LOAN BANK OF ATLANTA<br>C/O BONDURANT, MIXSON & ELMORE, LLP<br>ATLANTA, GA | 65. | FIRST SECURITY BANK CANBY<br>CANBY, MN |
| | | 66. | FIRST SECURITY BANK SLEEPY EYE<br>SLEEPY EYE, MN |
| 51. | FEDERAL HOME LOAN BANK OF BOSTON<br>C/O KELLER ROHRBACK L.L.P.<br>SEATTLE, WA | 67. | FIRST SECURITY BANK-WEST<br>BEULAH, ND |
| 52. | FEDERAL HOME LOAN BANK OF CHICAGO<br>C/O KELLER ROHRBACK L.L.P.<br>SEATTLE, WA | 68. | FIRST STATE BANK OF PURDY<br>MONETT, MO |
| | | 69. | FNBC<br>ASH FLAT, AR |
| 53. | FEDERAL HOME LOAN BANK OF INDIANAPOLIS<br>C/O KELLER ROHRBACK L.L.P.<br>SEATTLE, WA | 70. | FORT SILL NATIONAL BANK<br>C/O JRMB II, INC.<br>LAWTON, OK |
| 54. | FEDERAL HOME LOAN BANK OF PITTSBURGH<br>PITTSBURGH, PA | 71. | FORT WASHINGTON ACTIVE FIXED INCOME, LLC<br>C/O WOLLMUTH MAHER & DEUTSCH LLP<br>NEW YORK, NY |
| 55. | FEDERAL HOME LOAN BANK OF SAN FRANCISCO<br>SAN FRANCISCO, CA | | |
| 56. | FEDERAL HOME LOAN BANK OF SEATTLE<br>C/O GRAIS & ELLSWORTH LLP<br>NEW YORK, NY | 72. | GENERAL AMERICAN LIFE INSURANCE COMPANY<br>METLIFE INSURANCE COMPANY OF CONNECTICUT<br>METLIFE REINSURANCE COMPANY OF<br>SOUTH CAROLINA<br>METROPOLITAN LIFE INSURANCE COMPANY<br>C/O BERNSTEIN LITOWITZ BERGER<br>& GROSSMANN LLP<br>SAN DIEGO, CA |
| 57. | FEDERAL HOUSING FINANCE AGENCY AS<br>CONSERVATOR FOR:<br>FEDERAL HOME LOAN MORTGAGE CORPORATION<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>NEW YORK, NY | | |
| | | 73. | GEORGES QUAY FUNDING I LTD<br>LANDESBANK BADEN-WURTTEMBERG<br>SPENCERVIEW ASSET MANAGEMENT LTD<br>C/O BERNSTEIN LITOWITZ BERGER<br>& GROSSMANN LLP<br>SAN DIEGO, CA |
| 58. | FEDERATED FUND FOR U.S. GOVERNMENT<br>SECURITIES<br>FEDERATED GOVERNMENT INCOME<br>SECURITIES, INC.<br>FEDERATED MORTGAGE CORE PORTFOLIO<br>FEDERATED ULTRASHORT BOND FUND<br>C/O FEDERATED INVESTORS, INC.<br>PITTSBURGH, PA | | |
| | | 74. | GLORIA BENSON<br>HENRIETTA, NY |
| | | 75. | HBK CAPITAL MANAGEMENT<br>C/O TALCOTT FRANKLIN P.C.<br>DALLAS, TX |
| 59. | FIRST BANK<br>PEOPLES INDEPENDENT BANCSHARES<br>PEOPLES INDEPENDENT BANK<br>C/O PEOPLES INDEPENDENT BANCSHARES<br>BOAZ, AL | 76. | HERCULES CREDIT UNION<br>SALT LAKE CITY, UT |
| 60. | FIRST FARMERS STATE BANK<br>MINIER, IL | 77. | HERGET BANK, NATIONAL ASSOCIATION<br>PEKIN, IL |
| 61. | FIRST FINANCIAL OF MARYLAND FEDERAL<br>CREDIT UNION<br>LUTHERVILLE, MD | 78. | HSH NORDBANK AG<br>HSH NORDBANK SECURITIES S.A.<br>C/O LABATON SUCHAROW LLP<br>NEW YORK, NY |
| 62. | FIRST INTERNET BANK OF INDIANA<br>INDIANAPOLIS, IN | 79. | HUDSON STREET INVESTMENTS, LLC<br>HOBOKEN, NJ |
| 63. | FIRST NATIONAL BANKING COMPANY<br>ASH FLAT, AR | | |

Exhibit 1
-17-

**EXHIBIT 1**

| | | |
|---|---|---|
| 80. | IKB DEUTSCHE INDUSTRIEBANK AG<br>IKB INTERNATIONAL S.A.<br>C/O LABATON SUCHAROW LLP<br>NEW YORK, NY | |
| 81. | JUDY B. NUSSBAUM TRUST UA MAY 29, 2008<br>PHILIP M. NUSSBAUM, TRUSTEE<br>WHEATON, IL | |
| 82. | KLEROS PREFERRED FUNDING V PLC<br>C/O SCOTT, DOUGLASS & MCCONNICO L.L.P.<br>AUSTIN, TX | |
| 83. | KNIGHTS OF COLUMBUS<br>NEW HAVEN, CT | |
| 84. | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY<br>C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>LOS ANGELES, CA | |
| 85. | MORGAN FEDERAL BANK<br>FORT MORGAN, CO | |
| 86. | MUTUAL SAVINGS ASSOCIATION, FSA<br>LEAVENWORTH, KS | |
| 87. | NATIONAL CREDIT UNION ADMINISTRATION<br>AS LIQUIDATING AGENT FOR:<br>U.S. CENTRAL FEDERAL CREDIT UNION<br>WESTERN CORPORATE FEDERAL CREDIT UNION<br>MEMBERS UNITED CORPORATE FEDERAL CREDIT UNION<br>SOUTHWEST CORPORATE FEDERAL CREDIT UNION<br>CONSTITUTION CORPORATE FEDERAL CREDIT UNION<br>C/O KOREIN TILLERY<br>ST. LOUIS, MO | |
| 88. | NCMIC INSURANCE COMPANY<br>CLIVE, IA | |
| 89. | NEXBANK SSB<br>C/O REID COLLINS & TSAI LLP<br>AUSTIN, TX | |
| 90. | PERFORMANCE TRUST CAPITAL PARTNERS, LLC<br>CHICAGO, IL | |
| 91. | PERFORMANCE TRUST INVESTMENT ADVISORS, LLC, OSTENSIBLY ON BEHALF OF THE FOLLOWING PERSONS OR ENTITIES:[1]<br>AGF<br>ALEXANDER AND KRISTIN LENOIR JTWROS<br>ALLAN T POPELKA IRA<br>ALYCE NOVOGRATZ<br>ANITA M. HORGAN ROLLOVER IRA<br>ANTHONY VARBONCOEUR DDS INC DBUA JAN 01<br>ARNOLD BERLIN<br>ARTHUR S. CUMMINS IRA<br>ASF<br>BAJA-MEX INSURANCE & CURRENCY SCVS PSP<br>BAJA-MEX INSURANCE SERVICES INC DBPP FBO<br>BAJA-MEX INSURANCE SERVICES INC RET TRUS | BARBARA C. BARSKY IRA<br>BARBARA CAMRAS REVOCABLE TRUST<br>BORTZ TRUST<br>BOURK FAMILY TRUST UA 1 11 93 TERRANCE O<br>BRAD MASON<br>BRAD MASON CHILDREN'S TRUST<br>BRADLEY MEDICAL CONSULTING INC BENEFIT P<br>CARL DE BOOR IRA<br>CARRIE L. BERG TRUST DTD 10/14/05<br>CATHERINE A. SHIFFLET ROTH IRA<br>CGF<br>CHARLES AND MARY ANNE OWEN JTWROS<br>CHARLES HUSS IRA<br>CHARLES L. ZANGAS IRA<br>CHARLES MASON AND BECKY MASON<br>CHARLES WILLIAMS IRA<br>CHRISTOPHER FISCHER ROLLOVER IRA<br>CHUCK WADE<br>CLAUDIA PETERSON IRA<br>CLIFFORD W. COLWELL IRA<br>COLLEEN K. HOBLIT SEP IRA<br>CROCE FAMILY TRUST<br>CUMMINS FAMILY TRUST UA DE<br>D COMPANY INC PSP<br>DALE G. STORTZ<br>DALE R. BONGA<br>DARRELL DIXON IRA<br>DAVID & YVONNE GOFF MD A MED C<br>DAVID C CAMPBELL IRA<br>DAVID E. HIRR IRA<br>DAVID K. EDWARDS III ROLLOVER I<br>DAVID M. RUTTER TR FBO RUTTER FAMILY TRU<br>DAVID O. WOLF<br>DAVID S. TEACHOUT IRA<br>DAVID W. STEPHENS IRA<br>DEB PARMET<br>DIANA L. AUGUSTINE IRA<br>DIANE R. GOON ROLLOVER IRA<br>DICK SPERRY IRA<br>DON M AND MARY ANN LYLE FOUNDATION<br>DONALD D PENSION PLAN<br>EDWARD D. COHEN IRA<br>EDWARDS FAMILY TRUST UA JUNE 12 1990<br>ELAINE M. SANTI IRA<br>ELECOM SUPPLY COMPANY INC DBPP UA FEB 1,<br>EMILY DEAR TRUST<br>ERNAU FAMILY REV TST UA OC<br>ERNEST A MARTINEZ IRA<br>EUGENE A. FROST<br>EUGENE J. FRASER LIVING TRUST<br>FAITH STAGG IRA<br>FLAIM REVOCABLE TRUST UA JUN 02, 1998 FR<br>FRANCES JASPER ROLLOVER IRA<br>FREDERICK T. GOLDEN III 2008 TRUST<br>FRISHBERG FAMILY TST UA 04 10<br>FSF<br>FUJIMOTO FAMILY TRUST UA 10 31 85 KEIKO<br>FULTON FAMILY 2001 CRT<br>FUSON FAMILY TRUST UA OCT 13, 1997<br>GALE L. TOBIN ROLLOVER IRA<br>GARY O'HARA IRA<br>GARY W. GARLAND IRA<br>GEORGE LASNIER IRA<br>GEORGE M. PEPONIDES IRA<br>GEORGE R. BRADLEY IRA |

[1] The Court has made no findings as to Performance Trust's - or any other entity's - authority to opt out on behalf of other persons or entities.

Exhibit 1
-18-

**EXHIBIT 1**

| | |
|---|---|
| GERALD SCHAFFNER | MISTY MORGAN REV TRUST |
| GIDEON MANAGEMENT, LLC | MITCHELL L. SIEGLER IRA |
| GLENN PATRICK TIERNEY ROLLOVER | MORTON R. GOODMAN IRA |
| HAROLD W. FUSON JR IRA | NELSON ENTERPRISES, LLC |
| HARRIMAN FAMILY TRUST | OLHAUSEN FAMILY TRUST UA 08 14 9 |
| HARRY JR. AND UNNA ALBERS FAMILY UA OCT | P19M5 INVESTORS CUSTODY ACCOUNT |
| HELEN L. BEE ROLLOVER IRA | PATHFINDER PARTNERS LLC PSP UA JAN 01, 2 |
| HOSHANG P. KHAMBATTA IRA | PATRICIA A. JUENEMANN IRA |
| IAN AIRES DDS ERT UA DEC 20,2 | PATRICIA J. KEARNEY ROLLOVER IRA |
| ILENE MYRA KAUFMAN IRA | PATRICK FULTON ROLLOVER IRA |
| IRWIN L. JASPER IRA | PAULA SANVIDGE IRA |
| JACK STEWART ROLLOVER IRA | PHILLIDINE ENTERPRISES INC ERT |
| JAMES B. FEDELE ROLLOVER IRA | PINION FAMILY TRUST UA NOV 11, |
| JAMES C. GRAY IRA | POWRIE REVOCABLE LIVING TRUST |
| JAMES P. MCGINTY IRA | REHAN FAMILY 1990 TRUST |
| JANE P. BEER ROLLOVER IRA | REPO ACCOUNT AT B OF A ML |
| JANIE DECELLES IRA | REPO ACCOUNT AT NOMURA |
| JAYE VENUTI DDS & MICHAEL YOKO | REPO ACCOUNT AT RBC |
| JEAN A. OBENCHAIN IRA | REPO ACCOUNT AT RBS |
| JEAN M. BIESIADA ROLLOVER IRA | RICHARD EARNER IRA |
| JEREMY A. SIEGLER | RICHARD S. BRENT ROLLOVER IRA |
| JIM AND KATHIE ZORTMAN FAM UA DEC 09, 20 | RICHARD S. MOWRY DMD QP PSP |
| JOHN A. WALKER IRA | RITA G. VENUS IRA |
| JOHN C. ROOTS | ROBERT A. JOHNSON IRA |
| JOHN E STRATTON ROLLOVER IRA | ROBERT E. FRANZEN ROLLOVER IRA |
| JOHN F. MARKUS IRA | ROBERT KRAMARZ BENE IRA OF LEONA KRAMARZ |
| JOHN G. WATSON FOUNDATION INC. | ROBERT O. SANDERS IRA |
| JOHN P SEPE ROLLOVER IRA | ROBERTA L. SAWTELLE ROLLOVER |
| JOHN PERLMAN SEPARATE PROPERTY TRUST | RONALD AND CHRISCINDA ANGULO |
| JONATHAN C. EATON ROLLOVER IRA | ROSS A. PRINDLE TRUST |
| JONE D. CONE IRA | ROY A. KAPLAN M.D. DEFINED BENEFIT |
| JOSEPH P. BUNIVA IRA | SALLY A. HOLLOWAY ROLLOVER IRA |
| JOSEPH Y. CHANG IRA ROLLOVER | SANDRA GREIFENSTEIN LIV TRUST |
| KAREN A. GARSSON ROLLOVER IRA | SANDRA L MORTENSEN TRUST |
| KAREN GRUENBERG | SCHWARTZ REVOCABLE SURVIVORS TRUST |
| KATHIE L. ZORTMAN IRA | SHARP REES STEALY MEDICAL GROU |
| KEITH A. WALKER IRA | SHARP-REES STEALEY MED GRP PSP |
| KEN KRAMARZ BENE IRA OF LEONA KRAMARZ IR | SHEKHTER LIVING TRUST UA 060690 SEMYON O |
| KENT LEWIS JONES IRA | SHELLEY P. STORTZ |
| KEVIN CARNAHAN ROTH IRA | STEPHEN F. FLAIM IRA |
| KINGSBRIDGE PWM PARTNERS FUND LP | STEPHEN JONES IRA |
| LARRY C. KRAUSE IRA | STEVEN L. WEETHEE IRA |
| LARRY GOLDSTEIN AND NANCY V. WIEDLIN JT | STOLL TRUST UA FEB 23 2000 ANNE OR A GEO |
| LAWRENCE THOMAS TRUST | STORYTEL FOUNDATION |
| LEONARD J. SALMON ROLLOVER IRA | SURVIVORS TRUST OF THE 1998 FA UA MAR 28 |
| LEPETICH FAMILY TRUST | SUSAN BECKER |
| LORNE R POLGER IRA | SUSAN E. KRAUSEN |
| LYLE FAMILY TRUST | TERRANCE BOURK IRA |
| M. GABRIELA PARENTE FAMILY TST UA JUNE 1 | THE DESCHENES TRUST |
| MARILYN R. SCHEININGER ROLLOVER | THE ELLEN FERRONE TRUST UA 10/1/96 |
| MARK BANN & PATRICIA BANN FAM | THE ZARLING/LYONS TRUST |
| MARK BANN IRA | THELMA E. REICH IRA |
| MARK C. WIGGINS ROLLOVER IRA | THOMAS LOHNER ROLLOVER IRA |
| MARK DELFINO IRA | THOMAS M. HERRMANN AND SARAJEAN HERRMANN |
| MARY A. THOMPSON IRA | TIMOTHY C AND ROSEANN L JANKOWSKI UA DEC |
| MAUREEN SPAIN | TIMOTHY P. DEVLIN IRA |
| MAX H. GRESORO JR. IRA | VAN DAM FAMILY TRUST UA MAY 09 78 WALTER |
| MCDOWELL FAMILY TRUST 2 | VICKIE C. ARNOLD ROLLOVER IRA |
| MCDOWELL FAMILY TRUST | VICKIE PASTERAK |
| MERNA SIEGLER IRA | VOEGE-ETTE KOLTZ IRA |
| MGF | WAN PING CHANG |
| MICAHEL S STEVENSON IRA | WILLIAM H. PAYNE JR. ROLLOVER IRA |
| MICHAEL E ALDREDGE ROTH IRA | WILSON S. NORTH ROLLOVER IRA |
| MICHAEL ORFIELD IRA | YVETTE JOCKIN REV TRUST UA 11/30/07 |
| MIDLAND ANIMAL CLINIC INC. | PERFORMANCE TRUST OPPORTUNITY FUND 3, LL |

Exhibit 1
-19-

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| | CUSTOMER ACCOUNT A<br>PERFORMANCE TRUST OPPORTUNITY FUND 3, LL<br>CUSTOMER ACCOUNT B<br>PERFORMANCE TRUST OPPORTUNITY FUND 3, LL<br>CUSTOMER ACCOUNT C<br>PERFORMANCE TRUST OPPORTUNITY FUND 3, LL<br>CUSTOMER ACCOUNT D<br>PERFORMANCE TRUST OPPORTUNITY FUND II<br>PERFORMANCE TRUST TOTAL RETURN BOND FUND<br>C/O PERFORMANCE TRUST INVESTMENT ADVISORS, LLC<br>CHICAGO, IL | 106. | TACONIC CAPITAL PARTNERS 1.5 L.P.<br>TACONIC CAPITAL PARTNERS L.P.<br>TACONIC MASTER FUND 1.5 L.P.<br>TACONIC OPPORTUNITY FUND II L.P.<br>TACONIC OPPORTUNITY FUND L.P.<br>TACONIC OPPORTUNITY MASTER FUND L.P. C/O TACONIC CAPITAL ADVISORS L.P.<br>NEW YORK, NY |
| 92. | PHILIP M. NUSSBAUM<br>PHILIP M. NUSSBAUM TRUST UA 05/29/2008<br>WHEATON, IL | 107. | TEXAS COUNTY AND DISTRICT RETIREMENT SYSTEM<br>AUSTIN, TX |
| 93. | PROGROWTH BANK<br>GAYLORD, MN | 108. | THE COLLECTORS' FUND L.P.<br>C/O AMICI CAPITAL LLC<br>NEW YORK, NY |
| 94. | PT FINANCIAL, LLC<br>CHICAGO, IL | 109. | THIRD POINT LLC<br>NEW YORK, NY |
| 95. | PT INV, LLC<br>CHICAGO, IL | 110. | THOMASTON SAVINGS BANK<br>THOMASTON, CT |
| 96. | PTZ, LLC<br>CHICAGO, IL | 111. | THRIVENT BALANCED FUND<br>THRIVENT BALANCED PORTFOLIO<br>THRIVENT BOND INDEX PORTFOLIO<br>THRIVENT CORE BOND FUND<br>THRIVENT DEFINED BENEFITS PLAN TRUST<br>THRIVENT FINANCIAL FOR LUTHERANS FOUNDATION<br>THRIVENT FINANCIAL FOR LUTHERANS<br>THRIVENT INCOME FUND<br>THRIVENT LIFE INSURANCE COMPANY<br>THRIVENT LIMITED MATURITY BOND FUND<br>THRIVENT LIMITED MATURITY BOND PORTFOLIO<br>THRIVENT MUTUAL FUNDS<br>THRIVENT SERIES FUND, INC.<br>THRIVENT VARIABLE ANNUITY PORTFOLIO FUNDS<br>C/O BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>SAN DIEGO, CA |
| 97. | RIO DEBT HOLDINGS (IRELAND) LIMITED<br>C/O VENABLE LLP<br>NEW YORK, NY | | |
| 98. | ROYAL PARK INVESTMENTS SA/NV<br>C/O SCOTT, DOUGLASS & MCCONNICO, L.L.P.<br>AUSTIN, TX | | |
| 99. | SBLI USA MUTUAL LIFE INSURANCE COMPANY, INC.<br>NEW YORK, NY | | |
| 100. | SCITUATE FEDERAL SAVINGS BANK<br>MARSHFIELD, MA | 112. | TRIAXX PRIME CDO 2006-1<br>TRIAXX PRIME CDO 2006-2<br>TRIAXX PRIME CDO 2007-1<br>C/O KELLER ROHRBACK L.L.P.<br>SEATTLE, WA |
| 101. | SEALINK FUNDING LIMITED<br>C/O NEUBERGER BERMAN EUROPE LIMITED<br>LONDON, ENGLAND | | |
| 102. | SECURITY BANK<br>ODESSA, TX | 113. | TTCU THE CREDIT UNION<br>TULSA, OK |
| 103. | SILVER ELMS CDO II LTD<br>C/O SCOTT, DOUGLASS & MCCONNICO, L.L.P.<br>AUSTIN, TX | 114. | VALLEY BANK AND TRUST<br>MAPLETON, IA |
| | | 115. | VNB CAPITAL CORP.<br>C/O TALCOTT FRANKLIN P.C.<br>UNIVERSITY PARK, TX |
| 104. | SILVER ELMS CDO PLC<br>C/O SCOTT, DOUGLASS & MCCONNICO, L.L.P.<br>AUSTIN, TX | 116. | WADENA STATE BANK<br>WADENA, MN |
| 105. | STERLING FEDERAL BANK, F.S.B.<br>C/O KOPELOWITZ OSTROW FERGUSON WEISELBERG KEECHL<br>FT. LAUDERDALE, FL | | |

Exhibit 1
-20-